UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAWN SILER,

        Plaintiff,

                              Case No. 16-12833

vs.                            HON. GEORGE CARAM STEEH

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION (DOC. 15)

This matter is before the Court on defendants' Motion to Dismiss. (Doc. 13). On August 3, 2017, Magistrate Judge Mona K. Majzoub issued a report and recommendation, (Doc. 15), recommending that defendants' motion be granted and that the complaint be dismissed for failure to commence this action within sixty days after receipt of the Commissioner's final decision.

The Court has reviewed the file, record, and Magistrate Judge's report and recommendation. Objections to that report have not been filed by plaintiff within the established time period. The court accepts the report and recommendation.

Accordingly,

IT IS HEREBY ORDERED that the magistrate judge's report and recommendation is accepted.

IT IS FURTHER ORDERED that defendants' motion to dismiss is GRANTED and that the complaint is DISMISSED.

Dated: September 11, 2017

> s/George Caram Steeh
> GEORGE CARAM STEEH
> UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on September 11, 2017, by electronic and/or ordinary mail and also on Shawn Siler 413023, 1780 E. Parnell, Jackson, MI 49201.

s/Marcia Beauchemin
Deputy Clerk